**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1182**

---

ELMER BOWEN,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  Glen M. Williams, Senior District Judge.  (CA-88-140-2)

---

Submitted:  June 21, 2001          Decided:  June 28, 2001

---

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Elmer Bowen, Appellant Pro Se.  James Anthony Winn, Assistant Regional Counsel, David Fallon Chermol, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; John Francis Corcoran, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Elmer Bowen appeals the district court's order adopting the report and recommendation of the magistrate judge and affirming the Commissioner of the Social Security Administration's decision that Bowen was not entitled to Disability Insurance Benefits. See 42 U.S.C. § 405(g) (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Bowen v. Apfel, No. CA-88-140-2 (W.D. Va. Nov. 29, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2